IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07- 121-UNA |
| | ) |
| SHAWN D. CUFF, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Shawn D. Cuff, pursuant to an Indictment returned against him by the Federal Grand Jury on September 13, 2007.

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn A. Weede
Assistant United States Attorney

Dated: September 13, 2007

FILED

SEP 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07- 121-UNA ) |
| SHAWN D. CUFF, | ) ) |
| Defendant. | ) |

### ORDER

**AND NOW**, this ___13___ day of ___September___, 2007, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Shawn D. Cuff.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge



FILED

SEP 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2