IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>SHAWN D. CUFF,<br><br>          Defendant. | Criminal Action No. 07-127-UNA |

### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On September 13, 2007, Shawn D. Cuff was indicted on three counts of possession with intent to deliver controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C).

2. Shawn D. Cuff (d.o.b. 07/04/1975) is currently a pretrial detainee on various State offenses. The defendant is detained at the Howard R. Young Correctional Institution in Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, September 27, 2007, at 1:00 p.m.

**WHEREFORE**, Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the

FILED
SEP 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Warden for the Howard R. Young Correctional Institution, to bring the said defendant Shawn D. Cuff before this Court on September 27, 2007, at 1:00 p.m. for an Initial Appearance.

<div style="margin-left:50%">
COLM F. CONNOLLY  
United States Attorney

By: /s/ Shawn A. Weede  
Shawn A. Weede  
Assistant United States Attorney
</div>

Dated: September 18, 2007

**IT IS SO ORDERED** this 18th day of September, 2007.

_____  
HONORABLE MARY PAT THYNGE  
United States Magistrate Court