## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,      § | |
|     Plaintiff,                          § | |
|                                      § | CRIMINAL ACTION NO.07-127 |
| v.                                  § | |
|                                    § | |
| SHAWN D. CUFF                 § | |
|     Defendant.                   § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF HOWARD R. YOUNG CORRECTIONAL INSTITUTE, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **SHAWN D. CUFF** who is now detained and imprisoned in the **HOWARD R. YOUNG CORRECTIONAL INSTITUTE** and who is a defendant in the above-entitled cause, in which cause the said **SHAWN D. CUFF** was charged with POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE BASE a violation of Title 21 U.S. Code, Section 841(a)(1), (b)(1)(B), and (b)(1)( C )  for an **INITIAL APPEARANCE on THURSDAY, September 27, 2007 at 1:00 P.M.** and to remain in the custody of the U.S. Marshal until the federal charges are resolved.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 18th day of September, 2007.

FILED
SEP 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK

By: _____
      Deputy Clerk