# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-127-SLR |
| | ) |
| SHAWN CUFF | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR EXCLUSION OF TIME AND TO EXTEND MOTIONS DEADLINE

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and the defendant, Shawn Cuff, by and through his attorney, Keir Bradford, Esquire, and hereby submit the following:

1.  On September 13, 2007, the defendant was indicted with three counts of possession with intent to deliver controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) & (b)(1)(C).

2.  On October 2, 2007, the defendant was arraigned on the above charges and did not contest the Government's Motion for Detention.

3.  The parties are in the process of plea discussions in this matter, and believe that additional time would benefit the resolution of the instant case.

4.  In the event that a plea is not negotiated, the defendant requests an extension to file pretrial motions by November 20, 2007. The Government does not oppose this request.

5.  The parties request that the Court exclude the time from the date of this motion until November 20, 2007, under the Speedy Trial Act (18 U.S.C. § 3161 *et seq.*). The parties submit that the

time is excludable because the ends of justice served by the delay outweigh the best interest of the

public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

WHEREFORE, the parties respectfully request that the Court grant their Joint Motion for

Exclusion of Time and to Extend Motions Deadline. A proposed Order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Keir Bradford
    Keir Bradford
    Attorney for Shawn Cuff

By:    /s/ Shawn A. Weede
    Shawn A. Weede
    Assistant United States Attorney

Dated:    October 23, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-127-SLR |
| | ) |
| SHAWN CUFF | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER</u>

Having considered the parties' Joint Motion for Exclusion of Time and to Extend Motions

Deadline, **IT IS HEREBY ORDERED** that the period from October 23, 2007, through November 20,

2007, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh

the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

**IT IS FURTHER ORDERED** that the defendant shall have until November 20, 2007, to file

pretrial motions.

_____
The Honorable Sue L. Robinson
United States District Judge

Dated:

3