IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-127-SLR |
| | ) |
| SHAWN CUFF | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered the parties' Joint Motion for Exclusion of Time and to Extend Motions Deadline, **IT IS HEREBY ORDERED** that the period from October 23, 2007, through November 20, 2007, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h).

**IT IS FURTHER ORDERED** that the defendant shall have until November 20, 2007, to file pretrial motions.

_____
The Honorable Sue L. Robinson
United States District Judge

Dated: 10/24/07