AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

SHAWN D. CUFF

**WARRANT FOR ARREST**

Case Number: CR 07-127-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SHAWN D. CUFF _____
                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE BASE - ( COUNT I );
POSSESSION WITH THE INTENT TO DISTRIBUTE OXYCODONE - ( COUNT II );
POSSESSION WITH THE INTENT TO DISTRIBUTE MORE THAN 5 GRAMS OF COCAINE BASE - ( COUNT III )

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) & (b)(1)(C) _____

PETER T. DALLEO                               By: _____ ; Deputy Clerk
Name of Issuing Officer                        Signature of Issuing Officer

CLERK OF COURT                                SEPTEMBER 13, 2007  at WILMINGTON, DE
Title of Issuing Officer                      Date and Location

**FILED**
OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Shawn D. Cuff

| DATE RECEIVED 9/13/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/27/07 | Toby M. Conrad  DUSM | Ty M. C. |