IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )   Crim. No. 07-127-SLR<br>)<br>SHAWN CUFF, )<br>)<br>Defendant. ) | |

**ORDER**

At Wilmington this 13th day of December, 2007, having conferred with counsel;

IT IS ORDERED that an evidentiary hearing is scheduled for **Friday, February 1, 2008** at **8:30 a.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this order and the **February 1, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge