HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT COURT JUDGE

December 26, 2007

Dear Honorable Sue L. Robinson

I am writing in need of a change of counsel. Please allow me to outline the reasons why I am making such a request.

From the beginning to date (Ms. Heir Bradford) and I haven't created a client/attorney relation, communication does not exist.

I have been constantly inquiring about my case and thus far she has not informed me to any of my rights or anything about my case. The only thing Ms. Bradford sayed to me was do not waste her time take a deal. I am fully aware that I have a right to a lawyer and it is the lawyers' duty to represent me effectively, regardless if they may be court appointed. In tantamount of what I have expressed I hope you see the conflict between us. From day one my attorney has been in total opposition towards me, very arguementive and uninformative. Therefore I request for a change of counsel or a hearing to determine what is best for my matter at hand. I wish not to have an attorney from Ms. Bradford residing office because of conflict of interest, which could result to bias complications. I humbly thank you for your time and consideration in this matter

CC: File

Respectfully Shawn Luff

JUN CUFF
C.C.F.
CEMETERY ROAD
[?]STOWN, N.J. 08[???]

2008 JAN -4 PM 2:39

SOUTH JERSEY NJ 080
03 JAN 2008 PM 1
USA 41

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Bu[ilding]
844 N. King Street
Wilmington, Delaware 19801

19801+3513