THE HONORABLE SUE ROBINSON
UNITED STATES DISTRICT COURT JUDGE

Crim. No. 07-127-SLR

Dear Honorable : Sue Robinson                                1/7/08

This is a follow up letter in reference to the first correspondence with the court dated 12-26-07. Requesting that the court appoints me new counsel, mainly do to the fact of attorney and client conflict argumentive, uninformative and a fierce resistance to any thing I ask or suggest. The communication between me and Ms. Bradford is not healthy. Therefore I would like to request a change of counsel who is not working out of that/the office of the Federal Public Defenders. Thank you for your time and consideration.

                                                Respectfully
                                                Shaun Cuff

RECEIVED JAN - 8 2008 SUE L. ROBINSON U.S. DISTRICT JUDGE

RECEIVED JAN - 9 2008 SUE L. ROBINSON U.S. DISTRICT JUDGE



Shawn D. Cuff
S.C.C.F.
125 Cemetery Rd.
Woodstown, N.J. 08098

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

THE HONORABLE SUE L. ROBINSON
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET
WILMINGTON, DELAWARE 19801