IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-127-SLR |
| | ) |
| SHAWN D. CUFF, | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this \_\_\_ day of January, 2008,

IT IS ORDERED that a telephone status conference is scheduled for **Thursday, January 17, 2007** at **2:00 p.m.**, with the court initiating said call.

_____
United States District Judge