IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 07-127-SLR |
| SHAWN CUFF, | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 17th day of January, 2008,

IT IS ORDERED that a hearing to consider defendant's request for new counsel will be held on **Tuesday, January 22, 2008** at **5:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge