IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-127-SLR |
| ) | |
| SHAWN CUFF ) | |
| ) | |
| Defendant. ) | |

### INFORMATION

The United States Attorney for the District of Delaware alleges and charges pursuant to Title 21, United States Code, Section 851(a), that SHAWN CUFF, defendant herein, is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Section 841 by virtue of the defendant's prior conviction for a felony drug offense, to wit, possession with intent to distribute cocaine base, in the United States District Court for the District of Delaware, Criminal Action No. 1:98-cr-00038-SLR-1, sentencing date April 27, 1999.

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: January 23, 2008

