IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-127-SLR |
| ) | |
| SHAWN D. CUFF, ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington this 23d day of January, 2008, having considered defendant's pro se request for new counsel, as well as the positions presented by counsel for plaintiff, counsel for defendant and defendant Shawn D. Cuff;

IT IS ORDERED that:

1. Defendant's request for new counsel is granted in light of the unusual circumstances presented that establish good cause for the appointment of new counsel. United States v. Peppers, 302 F.3d 120, 132 (2002). The Clerk of Court is directed to appoint new counsel for defendant.

2. The evidentiary hearing scheduled for **February 1, 2008 is cancelled.**

3. The time between this order and the date on which new counsel is appointed to represent defendant shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

United States District Judge