OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

January 31, 2008

Christopher G. Furlong, Esq.
22 East Third Street
Media  PA   19063

RE:  UNITED STATES v. SHAWN D. CUFF
     C.R. 07-127-SLR

Dear Mr. Furlong:

     Enclosed is a copy of the Court's order appointing you counsel
under the Criminal Justice Act in the above criminal case.  This
appointment requires representation of the defendant for all
proceedings in this Court.  When the proceedings in this Court are
completed, the attached voucher should be submitted to this office
within 45 days, with the enclosed worksheets, for approval of
payment.  Please complete box 21, Case Disposition, using the Case
Disposition Codes provided.

     If an appeal is taken in this matter the Court of Appeals will
generally appoint you to represent the defendant for the appellate
proceedings.  The Clerk of the 3rd Circuit Court of Appeals will
issue another CJA voucher for service rendered in their Court.  If
the Notice of Appeal is filed and you wish to withdraw as counsel,
please address said motion to the Clerk, 3rd Circuit Court of
Appeals.

                              Sincerely,
                              PETER T. DALLEO, CLERK


                         BY:  _Brian K Sparkwall_
                              Deputy Clerk

PTD/bkb
enclosure

cc: Shawn Weede, AUSA
    US Marshal
    US Probation

2008 JAN 31  PM 12:03

DISTRICT OF DELAWARE
CLERK U.S. DISTRICT COURT
FILED