IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-127-SLR |
| | ) |
| SHAWN D. CUFF, | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 11th day of February, 2008,

IT IS ORDERED that a telephone status conference is scheduled for **Thursday, February 21, 2008** at **9:00 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and **February 21, 2008** shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge