LAW OFFICES
# CHRISTOPHER G. FURLONG
MEMBER OF THE PA & NC BAR

DELAWARE COUNTY OFFICE
22 EAST THIRD STREET
MEDIA, PA 19063
(484) 621-0050
FAX (484) 621-0052
EMAIL: CGFURLAW@COMCAST.NET

CHESTER COUNTY OFFICE
89-2 WEST STATE STREET
P. O. BOX 739
AVONDALE, PA 19311
(610) 268-3323
FAX (610) 268-2362

REPLY TO:

February 24, 2008

Media

Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
Lockbox 18
844 King Street
Wilmington, DE  19801

    Re:   US v. Cuff
           Cr. No. 07-00127-SLR

Dear Mr. Dalleo:

Please find enclosed an original and one copy of Defendant, Shawn D. Cuff's, Consent.

Would you please be kind enough to file the original of record and return the copy to me, time-stamped, in the enclosed, self-addressed, stamped envelope.

If you require anything further, don't hesitate to contact me.

Very truly yours,

Christopher G. Furlong

CGF:vc
enclosures
cc:    The Honorable Sue L. Robinson (w/encl.)
       Shawn Weede, Esquire, AUSA (w/encl.)(via fax)
       Shawn D. Cuff (w/encl.)

2008 FEB 27 PM 2: 25
FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE