IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 07-127-SLR |
| | : | |
| v. | : | |
| | : | |
| SHAWN D. CUFF | : | |

## CONSENT

I, **SHAWN D. CUFF**, have consulted with my Court-appointed Counsel, **Christopher G. Furlong, Esquire**, concerning my rights under the Speedy Trial Act and my rights to a speedy trial under the Sixth Amendment to the United States Constitution. I do not oppose a delay in the hearing to be held on a Suppression Motion filed on my behalf. I agree that the ends of justice served by this delay outweigh the best interests of the public and myself in a speedy trial. I understand that the time, between the filing of the Motion to Suppress and the hearing to be held thereon, to be set by the Court, will be excluded for the purposes of computing the time within which my trial must commence under the Speedy Trial Act, and I also agree that this delay will not deprive me of my speedy trial rights under the Sixth Amendment. I understand that if I do not wish to sign this document, the Court may hold a hearing at which I may be required to be present.

_____
Witness Signature

_____
SHAWN D. CUFF / Defendant

2/24/08
Date

FILED 2008 FEB 27 PM 2:25
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE