IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Crim. No. 07-127-SLR |
| SHAWN CUFF, ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 26th day of February, 2008, having conferred with counsel;

IT IS ORDERED that an evidentiary hearing is scheduled for **Monday, April 7, 2008** at **3:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this order and the **April 7, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge