LAW OFFICES
# CHRISTOPHER G. FURLONG
MEMBER OF THE PA & NC BAR

DELAWARE COUNTY OFFICE
22 EAST THIRD STREET
MEDIA, PA 19063
(484) 621-0050
FAX (484) 621-0052
EMAIL: CGFURLAW@COMCAST.NET

CHESTER COUNTY OFFICE
89-2 WEST STATE STREET
P. O. BOX 739
AVONDALE, PA 19311
(610) 268-3323
FAX (610) 268-2362
REPLY TO:
**Media**

March 7, 2008

The Honorable Sue L. Robinson
United States Courthouse
844 King Street
Wilmington, DE 19801

    Re:   US v. Cuff
           Cr. No. 07-00127-SLR

Dear Judge Robinson:

Please find enclosed an original and one copy of Defendant, Shawn Cuff's Ex-Parte Motion for Appointment of an Investigator.

Same is being submitted to you under the appropriate Rules. I'm also enclosing a proposed Order to seal this submission should the Court deem fit to grant same.

If you require anything further, don't hesitate to contact me.

Very truly yours,

CHRISTOPHER G. FURLONG

CGF/bg
Enclosure

cc:   Shawn D. Cuff
       Allen L. Beitman