IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-127-SLR ) |
| SHAWN D. CUFF, | ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 4th day of April, 2008,

IT IS ORDERED that:

1. A telephone status conference is scheduled for **Thursday, April 10, 2008** at **8:30 a.m.**, with the court initiating said call.

2. The evidentiary hearing scheduled for **April 7, 2008** is **cancelled**.

United States District Judge