LAW OFFICES
# CHRISTOPHER G. FURLONG
MEMBER OF THE PA & NC BAR

DELAWARE COUNTY OFFICE
22 EAST THIRD STREET
MEDIA, PA 19063
(484) 621-0050
FAX (484) 621-0052
EMAIL: CGFURLAW@COMCAST.NET

CHESTER COUNTY OFFICE
89-2 WEST STATE STREET
P. O. BOX 739
AVONDALE, PA 19311
(610) 268-3323
FAX (610) 268-2362
REPLY TO:

April 2, 2008

Media

Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
Lockbox 18
844 King Street
Wilmington, DE  19801



Re:  USA v. Cuff
     Cr. No. 07-00127-SLR

Dear Sir/Madam:

Please find enclosed an original and one copy of Defendant, Shawn D. Cuff's, Motion for Continuance of Suppression Hearing. Would you please be kind enough to file the original of record and time-stamp the copy, returning it to me in the enclosed, self-addressed, stamped envelope.

Should you require anything further, don't hesitate to contact me.

Very truly yours,

Christopher G. Furlong

CGF:vc
enclosures
cc:  Shawn A. Weede, Esquire, AUSA (w/encl.) (via fax)
     Shawn D. Cuff (w/encl.) (via mail)