IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 07-127-SLR |
| | : | |
| v. | : | |
| | : | |
| **SHAWN D. CUFF** | : | |



FILED
APR 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

**AND NOW**, this          day of                    , 2008, upon consideration of Defendant, Shawn D. Cuff's, Motion for Continuance of the Hearing scheduled for April 8, 2008, it is hereby **ORDERED** and **DECREED** that said Motion is granted.

An evidentiary hearing on Defendant's Motion to Suppress Evidence is now scheduled for the          day of                    , 2008, at          m., in Courtroom number 6-B, 6th Floor, of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

**BY THE COURT:**

_____
Sue L. Robinson, Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 07-127-SLR |
| | : | |
| v. | : | |
| | : | |
| SHAWN D. CUFF | : | |

## DEFENDANT, SHAWN D. CUFF'S, MOTION
## FOR CONTINUANCE OF SUPPRESSION HEARING

**TO THE HONORABLE SUE L. ROBINSON, A JUDGE OF SAID COURT:**

Defendant, Shawn D. Cuff, by and through his Court-appointed counsel, Christopher G. Furlong, Esquire, hereby requests your Honorable Court to continue the Hearing scheduled in the above-noted matter on Defendant's Suppression Motion and in support thereof respectfully represents as follows:

1. On or about February 26, 2008, subsequent to a Status Conference, this Court scheduled a Hearing on a Suppression Motion filed by Defendant's prior counsel for Monday, April 7, 2008, at 3:30 p.m.

2. Subsequent to the issuance of that Order, Defendant, through counsel, filed an Ex Parte Motion with the Court requesting assistance in preparing for said Hearing.

3. Due to unforeseen circumstances, the Court was unable to address Defendant's application until March 31, 2008.

4. In the intervening time, the Defendant, though his counsel, was unable to pursue and investigate areas of concern relative to the Motion in order to adequately prepare for the Hearing on same.

6.  Unfortunately, due to the limited time left between the approval and the scheduled hearing date, Defense counsel respectfully requests this Court to afford him additional time now in which to afford him the opportunity to use the services authorized.

7.  Defense counsel is advised by the now approved authorized assistant that the assistant will be out of the State of Delaware from April 1, 2008 to at least April 11, 2008.

8.  Defendant's counsel has spoken with the Assistant United States Attorney to whom this matter has been assigned and he has indicated that he has no opposition to this request. However, due to his pending trial schedule, he asks that the matter not be listed before May 19, 2008.

9.  Defendant's counsel, due to a prior commitment, will not be back in the Commonwealth of Pennsylvania until May 20, 2008. If the Court is inclined to grant the present application, defense counsel requests that this matter not be listed before May 21, 2008.

**WHEREFORE**, Defendant requests this Honorable Court to grant his request in

continuing the hearing scheduled for April 7, 2008, so that Defendant can follow up on the areas of need.

Respectfully submitted:

*Christopher S. Furlong*

Christopher G. Furlong, Esquire
Court-appointed counsel for Defendant,
Shawn D. Cuff

Defendant, **SHAWN D. CUFF**, hereby certify that I served a true and correct copy of Defendant, Shawn D. Cuff's, Motion to Continuance of Suppression Hearing to the following:

via facsimile # 302-573-6220:

>Shawn A. Weede, Esquire, AUSA
>Assistant United States Attorney
>District of Delaware
>The Nemours Building
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899-2046

via First Class U.S. Mail:

>Mr. Shawn D. Cuff
>ID # 04064-15
>Salem County Correctional Facility
>125 Cemetery Road
>Woodstown, NJ  08098

_4-2-08_
Date

CHRISTOPHER G. FURLONG, Esquire
Court-appointed Attorney for Defendant,
Shawn D. Cuff