IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-127-SLR |
| ) | |
| SHAWN CUFF, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 10th day of April, 2008, having conferred with counsel;

IT IS ORDERED that an evidentiary hearing is scheduled for **Monday, May 12, 2008** at **2:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that, consistent with the consent of counsel, the time between this order and the **May 12, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge