LAW OFFICES
# CHRISTOPHER G. FURLONG
MEMBER OF THE PA & NC BAR

DELAWARE COUNTY OFFICE
22 EAST THIRD STREET
MEDIA, PA 19063
(484) 621-0050
FAX (484) 621-0052
EMAIL: CGFURLAW@COMCAST.NET

April 22, 2008

CHESTER COUNTY OFFICE
89-2 WEST STATE STREET
P. O. BOX 739
AVONDALE, PA 19311
(610) 268-3323
FAX (610) 268-2362

REPLY TO Media

Mr. Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
Lockbox 18
844 King Street,
Wilmington, DE 19801

    Re:   US v. Cuff
             Cr. No. 07-00127-SLR

Dear Mr. Dalleo:

Please find enclosed an original and one copy of a Consent Form signed by my client, Shawn Cuff. Would you please be kind enough to file this of record and return the copy to me, time-stamped, in the enclosed, self-addressed, stamped envelope. Should you require anything further in this matter, don't hesitate to contact me.

Very truly yours,

*Christopher D. Furlong*/g

CHRISTOPHER G. FURLONG

CGF/gmz
Enclosures

cc:   The Honorable Sue L. Robinson, w/enc
       Shawn A. Weede, Esq., AUSA, w/enc.
       Mr. Shawn Cuff, w/enc.