## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-00127-SLR |
| v. | : | |
| SHAWN D. CUFF | : | |

## CONSENT

I, SHAWN D. CUFF, Defendant, have consulted with my counsel, CHRISTOPHER G. FURLONG, ESQUIRE, concerning my right under the Speedy Trial Act and my right to a speedy trial under the Sixth Amendment to the U.S. Constitution. I do not oppose a continuance of my ~~trial~~ SUPPRESSION HEARING APRIL 7 TO S.C., now scheduled for May 12, 2008, and agree that the ends of justice served by a continuance outweigh the best interest of the public and myself in a speedy trial. I understand that the time, between the filing of a Motion to Continue and the new trial date to be set by the Court, will be excluded for purposes of computing the time within which my trial must commence under the Speedy Trial Act, and I also agree that this delay will not deprive me of my speedy trial rights under the Sixth Amendment. I understand that if I do not wish to sign this document, the Court will hold a hearing at which I will be present.

_____
Witness

_____
Shawn D. Cuff

4/21/08
_____
Date