IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-127-SLR ) |
| SHAWN D. CUFF, | ) ) |
| Defendant. | ) ) |

**O R D E R**

At Wilmington this 6th day of May, 2008,

IT IS ORDERED that a telephone status conference is scheduled for **Thursday, May 8, 2008** at **9:30 a.m.**, with the court initiating said call.

_____
United States District Judge