IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-127-SLR |
| | ) |
| SHAWN D. CUFF, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 8th day of May, 2008, having conferred with counsel;

IT IS ORDERED that:

1. The evidentiary hearing scheduled for **May 12, 2008** is **cancelled.**

2. Plaintiff shall submit to the court signed and dated copies of the medical examiner's reports with respect to each of the two pieces of contraband on or before **May 29, 2008.** Plaintiff's failure to submit the above will result in a dismissal of the corresponding charge(s).

3. Plaintiff shall investigate whether there are working papers prepared in connection with the medical examiner's reports and, if so, serve copies of said documents on defendant on or before **May 29, 2008.**

4. A telephone status conference is scheduled for **Monday, June 9, 2008** at **9:00 a.m.**, with the court initiating said call. If the medical examiner's reports have been timely submitted, defendant shall be prepared to inform the court whether he accepts

the government's plea or, alternatively, is prepared to proceed to trial.

                                                                              _____
                                                                               United States District Judge