

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*　　　　　　　　　　*(302) 573-6277*
*1007 Orange Street, Suite 700*　　　*FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

May 9, 2008

**VIA ECF**

The Honorable Sue L. Robinson
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Shawn D. Cuff**
            **Criminal Action No. 07-127-SLR**

Dear Judge Robinson:

    Pursuant to the Court's Order of May 8, 2008 (D.I. 43), enclosed please find signed copies of the lab reports for the defendant's arrests on July 18, 2007 (Exhibit 1) and July 22, 2007 (Exhibit 2).

    Further, I have consulted with the Delaware Medical Examiner's Office (the "ME's Office"), and I have been advised that Bipin Mody, the forensic chemist who performed the analysis related to Exhibit 1, has returned from India. Accordingly, I do not expect that it will be necessary to have the substances referenced in Exhibit 1 re-tested.

    Also, I have obtained working papers associated with both tests from the ME's Office. These papers have been sent via U.S. Mail to Christopher G. Furlong, Esquire.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                          BY:      *Shawn A. Weede*
                                   Shawn A. Weede
                                   Assistant United States Attorney

cc:    Christopher G. Furlong, Esquire (via U.S. Mail)

# EXHIBIT 1



**DELAWARE HEALTH
AND SOCIAL SERVICES**

OFFICE OF CHIEF MEDICAL EXAMINER
FORENSIC SCIENCES LABORATORY

Richard T. Callery, M.D., F.C.A.P.
Chief Medical Examiner
Director, Forensic Sciences Laboratory

Page 1 of 1

# Controlled Substances Laboratory Report

| | | | |
|---|---|---|---|
| **Laboratory Case No.:** | CS 074100 | **Police Complaint No:** | 3007065848 |
| **Case Name(s):** | CUFF, Shawn<br>HENRY, MICHAEL | **Alias:** | |
| **Agency:** | Wilmington PD | **Received from:** | Det. DiSabatino |
| **County:** | New Castle | **Track:** | |

**Evidence Materials Examined:**

One envelope, sealed, initialed, and dated.

**Evidence Description:**

I.  One plastic bag containing an off-white substance with a net weight of 2.25 grams.
II. One plastic bag containing the following:
    a. Thirty-four peach oblong tablets with the logo "E700/75/325" with a total net weight of 15.53 grams.
    b. One plastic bag containing a yellow oblong tablet with the logo "E712/10/325" with a net weight of 0.45 grams.

**Materials Analyzed:**

I. Off-White Substance
II.a(1-34)  Tablets
II.b        Tablet

**Drugs Detected:**

Cocaine Base (Crack)
Oxycodone
Oxycodone

**Comments:**

_____     1/8/08
Bipin Mody                    Date
Forensic Chemist

# EXHIBIT 2



**DELAWARE HEALTH AND SOCIAL SERVICES**

OFFICE OF CHIEF MEDICAL EXAMINER
FORENSIC SCIENCES LABORATORY

Richard T. Callery, M.D., F.C.A.P.
Chief Medical Examiner
Director, Forensic Sciences Laboratory

Page 1 of 1

# Controlled Substances Laboratory Report
# CONFIDENTIAL

| | | | |
|---|---|---|---|
| Laboratory Case No.: | CS 074167 | Police Complaint No: | 3007067400 |
| Case Name(s): | CUFF, Shawn | Alias: | |
| Agency: | Wilmington PD | Received from: | Det. DiSabatino |
| County: | New Castle | Track: | |

**Evidence Materials Examined:**

One envelope which is sealed.

**Evidence Description:**

I. Two plastic bags each containing an off-white substance with a total net weight of 7.93 gm.
II. Nine plastic bags each containing an off-white substance with a total net weigh tof 0.78 gm.
III. Thirty-two plastic bags each containing an off-white subtance with a total net weight of 2.65 gm.

**Materials Analyzed:**

I(1-2),II(1-9),III(1-32) Off-white substance

**Drugs Detected:**

Cocaine base (Crack)

**Comments:**

_____        05/06/08
F. Daneshgar                      Date
Forensic Chemist

Delaware Office of the Chief Medical Examiner
Forensic Sciences Laboratory
200 South Adams St.,
Wilmington, DE 19801