LAW OFFICES
# Christopher G. Furlong
MEMBER OF THE PA & NC BAR

DELAWARE COUNTY OFFICE
22 EAST THIRD STREET
MEDIA, PA 19063
(484) 621-0050
FAX (484) 621-0052
EMAIL: CGFURLAW@COMCAST.NET

May 9, 2008

CHESTER COUNTY OFFICE
89-2 WEST STATE STREET
P. O. BOX 739
AVONDALE, PA 19311
(610) 268-3323
FAX (610) 268-2362

REPLY TO:

Media

The Honorable Sue L. Robinson
United States Courthouse
844 King Street
Wilmington, DE 19801

    Re:   US v. Cuff
           Cr. No. 07-00127-SLR

Dear Judge Robinson:

Pursuant to our Status Conference of yesterday, May 8, 2008, please find enclosed a copy of a Consent Form, which I am contemporaneously mailing to the Clerk's Office this date.

I met with my client, Mr. Cuff, last night and he is in agreement with the proposal of the Court relative to the drug reports.

I appreciate the courtesy that you have afforded my client and myself in this matter.

Very truly yours,

CHRISTOPHER G. FURLONG

CGF/bg
Enclosure

cc:   Shawn A. Weede, Esq., AUSA
       Shawn D. Cuff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-00127-SLR |
| v. | : | |
| SHAWN D. CUFF | : | |

## CONSENT

I, SHAWN D. CUFF, Defendant, have consulted with my counsel, CHRISTOPHER G. FURLONG, ESQUIRE, concerning my right under the Speedy Trial Act and my right to a speedy trial under the Sixth Amendment to the U.S. Constitution. I do not oppose a continuance of my Suppression Hearing, now scheduled for May 12, 2008, and agree that the ends of justice served by a continuance outweigh the best interest of the public and myself in a speedy trial. I understand that the time, between May 12, 2008 and the new date to be set by the Court for a Suppression Hearing, will be excluded for purposes of computing the time within which my trial must commence under the Speedy Trial Act, and I also agree that this delay will not deprive me of my speedy trial rights under the Sixth Amendment. I understand that if I do not wish to sign this document, the Court will hold a hearing at which I will be present.

_____
Witness

_____
Shawn D. Cuff

5/8/08
Date