IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-127-SLR |
| | ) | |
| SHAWN D. CUFF, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this     9th     day of June, 2008 having been advised by counsel

that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Friday, June 13, 2008** at **10:00**

**a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844

King Street, Wilmington, Delaware.

2. The time between this order and the plea hearing shall be excluded under the

Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

United States District Judge